STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH WOLFGANG WUENN, DEFENDANT-PETITIONER.

*Mr. Joseph W. Wuenn, in propria persona.*

*Mr. James A. Tumulty, Jr.* and *Mr. Edward C. Megill* for the respondent.

February 13, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. LAWRENCE HOGAN, DEFENDANT-PETITIONER.

*Mr. Stanley Van Ness, Mr. Richard Newman,* and *Mr. Michael Blacker* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Samuel D. Bornstein* for the respondent.

February 13, 1969. Denied.

IN THE MATTER OF THE ESTATE OF
DE WITT CLINTON MC LAUGHLIN, DECEASED.

*Mr. James J. Casby, Jr.* for the petitioners.

*Messrs. Hyland, Davis & Reberkenny* for the respondent.

February 13, 1969. Denied.